IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-64-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| YVONNE TINA SCHLICHTING and ROBERT ALLEN WILLIAMS, | |
| Defendants. | |

Pending before the Court is the motion of the United States to dismiss the forfeiture allegation contained in the indictment (Doc. 58). For good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

DATED this 11th day of May, 2022.

SUSAN P. WATTERS
United States District Court Judge

1